IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHAD WEST,

    Plaintiff,

v.

    Case No. 17-cv-126-wmc

MS. BARKER, and
NURSE BENTLEY,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 3/30/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |